....

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
( MIAMI, FL )

FILED by _PG_ D.C.

SEP 09 2015

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. – MIAMI

MICHEL DE LA OSA,
     Petitioner,
V.

                       Case No. 1 : 10 - 20517 -CR- UNGARO

UNITED STATES OF AMERICA,
     Respondent.

## MOTION FOR REDUCTION OF SENTENCE

COMES NOW, Defendant/Petitioner, Michel De La Osa in the above cited matter. Mr. Michel De La Osa

states that he is proceeding in this action pro-se, and respectfully moves this Court for sentence reduction pursuant to

18 U.S.C. & 3582 (c) (2). Petitioners' request for reduction falls under the authority of Amendment 782 (Supplement to

Appendix c), of the U. S. Sentencing Guidelines provides for " Reduction of terms of imprisonment as a result of

Amended  Guideline Range. " U.S. Judge UNGARO ruled that, once imposed , a district court can not modify a term of

imprisonment except under 18 U.S.C. & 3582 (c)(2), pursuant to 28 U.S.C. & 994 (o), (p), and (u) . Amendment 782

effectively reduces the drug quantity threshold and thus the offence level in Petitioners' case. As a result of action by

the Sentencing Commission, Petitioner further affirms that he is not excluded for consideration for eligibility by

provision contained within Amendment 782, the United States Code or any policy statement.

I certify under penalty of perjury that the foregoing is true and correct.


Executed and submitted this 2nd day of September, 2015.


Michel De La Osa, Petitioner, Pro-se.
Reg. No. 76754-079
Federal Prison Camp
FCI Manchester
P.O.Box 4000
Manchester, Ky, 40962

........

## CERTIFICATE OF SERVICE AND MAILING STATEMENT

I, Michel De La Osa, certify under penalty of perjury that I have delivered to prison officials a true and correct

copy of the foregoing pleadings ( Motion To Reduce Of Sentence ), and to the counsel of the opposing party :

U.S. Attorney's Office
AUSA Brady
99 Northeast Fourth Street
MIAMI, FL, 33132-2111

The original copy of these pleadings as well a service copy were send to :

Willkie D. Fergugurson
United States Courthouse
The Clerk of Court
Southern District of Florida
400 N. MIAMI AVE
MIAMI, FL, 33128

Executed and submitted this 2nd day of September, 2015

_____
Michel De La Osa, Petitioner, Pro-se

NAME MICHEL DE LA OSA
REG. NO. 76754-079 QTR. MA
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

USMS
INSPECTED

RECEIVED

KNOXVILLE TN 377

02 SEP 2015 PM 21

SEP 09 2
12:30 P

3312877159S

⇔76754-079⇔
Courthouse Clerk Of Courts
400 N Miami AVE
Miami, FL 33128
United States