UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20517-CR-UNGARO

UNITED STATES OF AMERICA

v.

**MICHAEL DE LA OSA,**

      **Defendant.**
_____/

**MOTION OF THE UNITED STATES FOR
A SENTENCE REDUCTION PURSUANT TO RULE 35**

      Pursuant to Federal Rule of Criminal Procedure 35, the United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests the Court reduce the sentence imposed on the defendant, Michael De La Osa, by thirty-three percent (33%) due to the defendant's substantial assistance. In support of this motion, the United States provides as follows:

      1.    The defendant was charged in one count of a two-count indictment with conspiracy to possess with intent to distribute 5 kilograms or more of cocaine (Count One), in violation of Title 21, United States Code, Section 846.

      2.    On November 18, 2010, the defendant pled guilty to Count One of the indictment. On February 11, 2011, the Court sentenced the defendant to 121 months of imprisonment, five (5) years of supervised release, and imposed a $100 special assessment. On October 21, 2015, the Court granted the defendant's motion, filed pursuant to Title 18, United States Code, Section 3582, and reduced his sentence to 120 months imprisonment.

      3.    Based on the facts of this case, as may be detailed at a hearing if needed, the

defendant's assistance warrants a reduction in sentence under Rule 35 and 18 U.S.C. § 3553(e).

    4.  Accordingly, the United States respectfully moves this Court for a reduction in the defendant's sentence by thirty-three percent (33%), from a term of 120 months imprisonment to a term of 80 months imprisonment. The undersigned Assistant United States Attorney consulted with the defendant's counsel (Louis Casuso), who concurs with the proposed thirty-three (33%) percent reduction in the defendant's sentence.

                      Respectfully submitted,
                      WIFREDO A. FERRER
                      UNITED STATES ATTORNEY

                   By: */s/ Robert J. Brady, Jr.*
                      ROBERT J. BRADY, JR.
                      Assistant United States Attorney
                      District Court No. A5501703
                      99 Northeast 4th Street
                      Miami, Florida 33132-2111
                      Tel: (305) 961-9188
                      Fax: (305) 536-7213

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 27, 2015, I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

*/s/ Robert J. Brady, Jr.*
ROBERT J. BRADY, JR.
Assistant United States Attorney
