UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20517-CR-UNGARO

UNITED STATES OF AMERICA

v.

MICHAEL DE LA OSA,

    Defendant.

_____/ AGREED

## ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE

THIS MATTER came before the Court on the Motion of the United States for a Sentence Reduction Pursuant to Rule 35 ("Motion") [ECF No. 62]. Defendant concurs with the Motion. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Judgment in a Criminal Case entered on February 17, 2011, and amended on October 21, 2015, is **FURTHER AMENDED** as follows:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **eighty (80) months as to Count One.**

All other provisions of the Judgment in a Criminal Case, entered on February 17, 2011, and as amended on October 21, 2015, remain in full force and effect.

**DONE AND ORDERED** in Chambers in Miami, Florida this 3 day of November, 2015.

                    URSULA UNGARO
                    UNITED STATES DISTRICT JUDGE

cc: counsel of record